FILED: March 1, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1067
(3:16-cv-06654)

_____

ERIC HOUSE; MARQUEL ALI

    Plaintiffs - Appellants

v.

RENT-A-CENTER FRANCHISING INTERNATIONAL, INC.

    Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to file the opening brief and appendix out of time.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk